RECEIVED BY MAIL
AUG 07 2023
CLERK U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Partridge Bruce, J

Plaintiff(s),

vs.

1) MINNESOTA Board of Social WORK,
2) Board File NO. R.M. 2022198 - ECKDAHL Dawn M.
Alias
Muralwski, DAWN. M.

Defendant(s).

23-cv-2353 ECT/LIB

(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ✓   NO ☐

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiff
    
    Bruce Justin Partridge
    
    Name
    Partridge Bruce J.
    
    Street Address
    BCJ/MNDOC 626 Minnesota Street N.W.
    
    County, City
    Beltrami, Bemidji
    
    State & Zip Code
    Minnesota, 56601
    
    Telephone Number
    218-333-9111

SCANNED
AUG -7 2023
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name: Minnesota Board of Social WORK / #612-617-2100 / FAX 651-215-0956
   Street Address: 335 Randolph AVE Suite 245
   County, City: RAMSEY - Saint Paul
   State & Zip Code: Minnesota 55102
   Social.WORK@State.MN.US / MN.gov./Boards/socialwork

   b. Defendant No. 2

   Name: MURAWSKI Dawn Marie Alias ECKDahl Dawn Marie RN2022198
   Street Address: 1) 13171 Power DAM RD. N.E.   / 2) 519 Glenwood St.
   County, City: 1) Beltrami. Bemidji   / 2) Duluth MN 55803
   State & Zip Code: 1) MN 56601   2) MN, 55803
   D.MEckDahl@gmail.com /(C) 218-368-5562 (H) 218-835-7380

   c. Defendant No. 3

   Name

   Street Address

   County, City

   State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

## JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    [✓] Federal Question    [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

    Federal Indian CHILD Welfare Act Title 25. Sect 1901 et. Seq.
    MULTI-Ethnic Placement Act of 1994 Title 42 Section 662
    SOCIAL WORK PRACTICE ACT - Personal Responsibility and Work Opportunity Act
    PUBLIC LAW 104-193 Section 1611 106-170 Section 202

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    N/A

    Plaintiff Name: Partridge Bruce J.         State of Citizenship: Minnesota
    Defendant No. 1: MN Board Social Work      State of Citizenship: Minnesota
    Defendant No. 2: Murawski-Eckdah! DAWM     State of Citizenship: Minnesota

    Attach additional sheets of paper as necessary and label this information as paragraph 5. N/A

    Check here if additional sheets of paper are attached. [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    [✓] Defendant(s) reside in Minnesota    [✓] Facts alleged below primarily occurred in Minnesota

    [✓] Other: explain

    The Violations Are of Federal Questions. The Actors and Environment ARE Minnesota Citizens Biased Motivation of Local State Courts would Manipulate outcome to Protect Its own Integrity

## STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

MN Board of Social-Work:
7) In April 2022, I wrote The Board To file A Complaint Against My Former Foster-PARENT Dawn Marie ECKDahl, A Licensed Social Worker. R.M. 2022198. The Allegations, Stem from, A Sexual Intimacy. As the ICWA 260.755 - State Indian custodian will refrain from Sexual Intimacy of A Indian-child As CARETAKER roles Estab. Before Erotic circumstances. Its Abusive. When I outline My complaint to the Board, I Disclose My legal Status As A Incompetent Adult 609.1055. I have been Deemed Incompetent Since 2016. I have Developmental Disibilities Diagnosed In 1996 from birth As My PARENT, Dawns Aware of My Disbilities. My Ability to give consent has been removed Since 2016, Never have been reinstated by A Doctor. The Social Work Practice Act, & The Vunerible Adult Abuse Act Both have Provisios of D.H.s Offices refraining from Sexual Acts with Vunerible Adults. I was contacted by Rebecca Moshow Stating I hear Back After A Investigation occurs. 9/22. I Never Hear from MRS. Moshow Nor Do I get contacted by an Investigator give A Statement or Appear. Acts Are Initated by Board of Social Work, I get A Letter in December 29, 2022, stating No Action is being taken.

continued on 1-4 17 - Board of S.W.

#8 - Social Worker DAWN 1-4

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Develop A criteria for the Evaluation of A Provisional License in which, Would be, The Name of A Supervisee, Dawn Eck R.M. 2022198. - I understand that the Position Held by MRS. ECKDahl In 2019, was the Leech Lake Band of Ojibwe Family Preservation Director under Director EARL Robinson. As the Supervisor, She had to once returned A Provisional License. The Name and Qualifications of the Supervisor, 3) The Number of Hours and Dates of EAch type of Supervision Completed, 4) The Supervisees' Position and Description. 5) A Decleration that the Supervisee has Not Engaged In conduct In Violation of the Standard of Practice In Sections 148E.195 to 148E.240; 6) A Decleration that the Supervis has Practiced COMPETENTLY and ETHICALLY According to Professional Social Work Knowledge, SKILLS and Values; and (7) on A form Provided by the Board, an Evaluation of Licensee Practice In the following AREAS: (i) Development of Professional Social-Work Knowledge, SKILLS an Values, (ii) Practice Methods, (iii) authorized Scope of Practice (iv) Ensuring Continueing competence; (V) Ethical Standards of Practice and Clinical Practice If Applicable. Then to Attain A Supervisors title 25 hrs supervision required, 12½ hrs in in-person 1on1 In Person Group Supervision. has A License under 148E, and has 5,000 hours experience In Social Work practice or completed 30 hrs training In supervision. I am Sure, That State Guardian AD Litem Work (D.H.S - Social work Include I.C.W.A 260.755 - Title 25 1901 and Multi-Ethnic Placement Act 994 Title 42 Section 662 In Personal Responsibility to Public Laws 104-193 Sections 1611 and 106-170 Section 202. Because Rebecca Moskow Never Sanctions A State operated Investigation or Applies Listed criteria towards the Behavior of one of Its Members In Concluding Her Descretion towards MRS Eckdahls, Son & Sexual Partner. It IS Premature and ERRONEOUS In Its Decision to Not act In Its requirements to Practice Social Work. The reason or how I Suffered and currently AM suffering are the Lost of

or PoP. In A Domestic situation, whereby Legal Vulnerabilities of MR. PARTRIDGE - 609.1055, 611.031 Rule 20.01; and DAWN'S License R.M2022198 Are Mitigating Circumstances and the grounds for DAWN'S Culpability.

The MN Board Failed to Investigate A Sexual Assault Against one of Its members and If so Did Investigate relied on Local Government's Beltrami County Sheriff Dept's Discretion In A complaint Already Never Investigated or taken Seriously by Sheriff) ICR 21017594.

This Stance to Protect A Social worker by the Board Is how United States Uniform codes ARE Disenfranchised to A Protected PARTY.

As the Board follows Suite with Beltrami County Sheriff Dept., DAWN Marie Murawski to target A Person's Disability or Access of Resources, ARE victimizations by STATE GOVT. and a Decision to Negate 626.557 the Maltreatment of A Vunerable ADult.

Policy and Procedure Dictate an Outside Investigation by All Parties Involved as Actors.

Their Stance to AFFIX GuiLt and Assume Liability for Its Members outside the Official Performance of Duty Also how the Personal Responsibility and Work Opportunity Act entwine the ICWA, Vunerible ADult Abuse Act, Social Work PRActice Act and collusion of GovT to harm A person with Severe Mental and Emotional Illness; Because the Board Negated Its Professional conduct to Reprimand or Find A Desire to conduct Its own

Legal Confidentiality of Length to be Access to Juvy Records and Histories of Relationship Roles Associated with MR. PARTRIDGE and MRS. ECKDahl-Murawski Are Lost As A basis for credibility In it own review of Ability to supplement Investigation with Local Law Enforcement. Both Agencies Neglect their own Mandates and Minnesota Rules 9525.0900 to 9525.1020 Mandated Reporting 626.557. The Maltreatment of A Vunerable Adult.

This is Piggybacked off of Initial contact Point. Even though Sheriff Dept has Demonstrated a Predilection for Nepolism toward Dawn as A Girlfriend of Sheriff and a White Female with established roots in Legislative Gout.

If the Board of Social Work Did an Adequate Job of Ethical & Professional Standards Then My Liberty Would Already have been restored. The Sexual Nature of DAWNS Involvement with her first Foster ward and current Incompetent Adults Sexual Incursion which Began In 2019 Would have Surfaced. Being Taken Into Account In Boards Investigation and Current Abuse Being Implemented by DAWN AS A C.O. Staff Member, Playing on the roles of MoM. Ignoring the transmutation of SON to Lover.

I am Asking for the Board of Social to Conduct A Full Investigation Into the Social Dynamics of Partner to Partner Arising

MN Board Composed of [illegible] from the Inter-Personal Relationship roles of Mom & Son. The Licensure of Dawns Liability rest In the Board of Social Work. - Personal Responsibility Does Include the Social Workers Discreution outside of Performance of Duty.

The I.C.W.A, Social Work Practice Act, the Vonerible Adolt Abuse Act ARE All Federal Law. This IS why the District of Minnesota Does have Jurisidiction over this case. This IS why your venue IS chosen, In which Mr. Partride will Seek the relief of Discipline Action Against License R.M. 2022198. AS this Member IS condone by the MN Board, I also Seek the Relief of $138,000.00 In Actual Damages. And $1,000,000.00 To undisclosed Amt In Puritive Compensation. The figure IS 55,000.00 For each year of Lost of Liberty and a year of schooling At A credited Learinig Institution. The Amt of 28,000.00 The Board IS Responsible for Incomplete and Inaction Against The Son of One of Its Members.

Bruce Partride

Social Work Claim for the United States of Minnesota

Has Jurisdiction of U.S.C. Title 42 Section 666 Title 25 Section 1901, The Social Work Practice Act. The American with Disibilities Act and the Vunerible ADult ABuse Act.

I am Seeking A Jury Trial, With the Awarding of Discipline Actions Against DAWN Marie Muraus Porsuant the Criminal Code, The Payment of 138,000.00 $ In Actual Damages AS A Result of 2 Years of Incarceration and the Lost of Cost to A year of Schooling in College. Then I Still wish to Seek an undetermined Amount equal or greater then $1,000,000.00. Addennem This is for Punitive damages. Pain & Suffering from the Seduction By My former MoM. Emotional turmoil that's been the Syptoms of My Interactions After A Sexual Assult over the Duration of 3 years. My Lost of Liberty and the Subsequent 15 charges Investigated and/or Charged Against My constitution. AS A result of oMitted, or Fraudulent statement To Local Authorities while having Painted AS the

In 2019, I move Home. I am under the Hennipen County Specialty CRIMinal Calenders' Jurisdiction and Have been so Since 2016.

When the Court Allows Me to Move In 5040 Scenic Hwy, Pennington MN 56603 Steve & Dawn Eckdahl's Marital Home, Nary a one figured, the Event that transpire In the Move.

The Incompetent opinion has a provosto of giving Consent to Sexual ActS as being removed or unable to Navigate the Emotional wherewithall Associated with A Dramatic Circumstances! Having Sex IS great. Being Able to Migrate the baggage that has Manifested It's Self, as A Consequence to the Illicet and Taboo Affair both Adults consented too. The reason ItS Illegal difers from why its TABoe The License belonging to the Deptof Human Services Has the Legal formality, of its owner to Obligee to ABStain from Such Affairs with Incompetent Adults.

Second, The Hurt, of all their own family members are equal self, by, All EckDahls and Mr. Partridge. This is A consequence of MRS. Murawski and MR Partridges'

of the ODiPedius circumstances. - The Difference Being A Masters Degree and License As A Social Worker and the PARENT yes, and Sexual Partner to A Incompetent Adult with Developmental Diagnosis of F.A.E., ADHD, PTSD, from victimisation of Molestation In care of the System.

Of course A Man IS going to relent to Sex. What IS Argued IS the Knowing detriment of Losing MR. PARTRIDGES Sole support of MoM & DAD EcKDahl & their family.

The whole circumstance by United States and State constitutions Are Flagrent Violations to Uniform code, and by destination Illegal ABuse Sustained on A party that Has yet to be heard and recieu Justices' vindication. All Lives Matter!

Over the course of 3 years 2019-March 16th 2022 I am Kicked out 7 times times. The reasons are obsequane But favor Promiscouity on Mrs Murawskis' behalf. One of her Beaus Are Beltrami County Sheriff Depts Retired Sheriff ERNIE Biela | 8|01- This relationship IS Manipulated so Dawn Can gain Employment At the Beltrami County Jail and Induce further ABuse AS a Staff Member During his Entire 20 month confinement.

Social worker Erin Dawn Hulbert has Collusion
Progress. Dawn IS given free reign over the Appointment
of Ad-Seg, Dis-Seg, Ad-Sep, Suicidewatch to her
former Son & Sexual friend.

It's true the exact occupation or capacity
IS unknown by MR Partridge. At this time,
It's felt, heard and on one occassion Seen.
The Deferement at how Jail Admin treats
their prisoner IS the only Proof I rely on
to this Verification. The Yelling by A Male to
A pleading women could be A cause of many
things. I Do Pair these Commotions to My Individual
Assumptions. What IS clear are the Voices Detailing
the Activity Involving My Criminal files. The Pleading Voice
Of A women are Paired with Sniffles and the Phrase
"I Love him". Always though My Status to Ad sep. seg.
Are Moved Around where I feel Deprived of My hour out
which I AM, the times I am given An option to use
hour out IS Asked, Are Moved, Access to Phone During
Business hours Are Dependent on behavior towards My Voices.
My Diet IS Changed from oat to coconut. Dawn Knows I had
Coconut! After 14 months on Oat Milk. It Included an egg on
Days of compliances and I have Advised other Agencies of Current Abuse. If Jury trial occurs I will be able to Prove All of Allegations

Signed this **1st** day of **Tuesday 2023**

Signature of Plaintiff **Bruce Justin Parbol**

Mailing Address
**B.C.J. /MNDOC.**
**626 Minnesota Ave NW**
**Bemidji MN 56601**

Telephone Number
**218-333-9111 Jail**
**218-586-2525 Naomi Paulsen**

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.